**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Calvin ALLEN, a.k.a. Ronald E. Mobley, Defendant–Appellant.**

**No. 05–10676
Non–Argument Calendar.
D.C. Docket No. 98–00052–CR–3–LAC.**

United States Court of Appeals,
Eleventh Circuit.

March 14, 2006.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Kafahni Nkrumah, Pensacola, FL, for Calvin Allen.

E. Bryan Wilson, Tallahassee, FL, Stephen P. Preisser, Pensacola, FL, for United States of America.

**638**

Before TJOFLAT, BARKETT and COX, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Calvin Allen, has filed a renewed motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Allen's revocation of supervised release and corresponding sentence is **AFFIRMED**.